IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS

ALAN L. BRESLOW AND LINDA L. SHAFFER     PLAINTIFFS

VS.     NO. CV2009-96

RECONTRUST COMPANY, N.A.
ATTORNEY-IN-FACT FOR BAC
HOME LOANS SERVICING, L.P.
F/K/A COUNTRYWIDE HOME
LOAN SERVICING, L.P.     DEFENDANTS



## COMPLAINT FOR INJUNCTIVE RELIEF

Come the plaintiffs, Alan L. Breslow and Linda L. Shaffer, and for their complaint for injunctive relief, states:

1. Plaintiff is filing this cause of action to request that the Carroll County Circuit Court enter its order enjoining and restraining Defendants from conducting a statutory foreclosure sale of plaintiffs' home, being located at 67 Cloud Drive, Eureka Springs, Arkansas.

2. Plaintiffs have received notice that Recontrust Company, N.A., attorney-in-fact for BAC Home Loans Servicing, L.P f/k/a Countrywide Home Loan Servicing, L.P. has alleged that a default has occurred on a mortgage recorded as Lot 10, Thunder Ridge Estates, Carroll County on February 20, 2008. See Exhibit A. Further, Defendants have declared the entire indebtedness due and payable and will offer the above described property for sale on July 14, 2009 at 2:00 p.m. at the Carroll-Eureka Springs District (Western) County Courthouse, Eureka Springs, Arkansas.

3. Upon information and belief, none of the parties are the current owners of the note and Defendants do not have the authority or standing to pursue any statutory or judicial foreclosure proceedings upon the property or any indebtedness thereon.



4. That the indebtedness upon which the foreclosure proceedings were based violated the Truth in Lending Act, the Real Estate Settlement Procedures Act, and other statutory and common law consumer protection laws and contains improper and undisclosed charges and Plaintiffs intend to conduct proper discovery and investigation of such and pursue the relief available to them under such laws.

5. That all parties entitled to notice may not have received such notice as required by the Statutory Foreclosure Act.

6. Plaintiffs dispute the amount of the indebtedness ($268,686.78) alleged to be owed.

7. An order enjoining and restraining the above-named Defendants, or any person or entity acting on behalf of or through any of the named Defendants, from conducting a sale of the property herein described.

8. Plaintiffs would be irreparably harmed should their request for injunctive relief be denied inasmuch as they would lose considerable rights to their residence and property.

9. The balance between the foregoing irreparable harm and any injury that may be suffered by the Defendants if the temporary restraining order is granted weighs heavily in favor of the Plaintiffs.

10. Plaintiffs are likely to succeed on the merits of their claim, and the public interest weighs heavily in favor of Plaintiffs being granted the injunctive relief requested inasmuch as were Defendants allowed to take advantage of the statutory foreclosure procedures Plaintiffs would lose their house without be afforded an opportunity to fully develop objections to the foreclosure, to pursue affirmative relief on the underlying indebtedness or the protections to consumers and homeowners which the United States Congress and the State of Arkansas have provided.

11. Given the immediacy of the proposed sale, an immediate *Ex Parte Temporary Restraining Order* should be entered by the Court until such time as this matter may be heard.

12. Plaintiffs reserve the right to file additional and amended pleadings as additional facts and parties are discovered.

WHEREFORE, Plaintiffs pray that this Court enter an order granting the relief requested herein above; for their costs incurred herein, including a reasonable attorney's fee; and for all other relief to which he is entitled.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339

Jun 24 09 05:21a          Ogles Law Firm              5018851403                p.5

STATE OF ~~ARKANSAS~~ *Florida*                    VERIFICATION
COUNTY OF *Sarasota*     )

I, Alan L. Breslow and Linda L. Shaffer, Plaintiffs herein, state on oath that the information contained in the foregoing Complaint for Injunctive Relief is true and correct to the best of my knowledge, information and belief.

_____
Alan L. Breslow

_____
Linda L. Shaffer

Subscribed and sworn to before me this 24 day of June 2009.

My Commission Expires:            _____
                                  Notary Public
                                  *H Rose Leatherman*

H. ROSE LEATHERMAN
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD534028
EXPIRES 5/26/2010
BONDED THRU NOTARY

Page 4

272-767

AT 11:08 FILED FOR RECORD
OCLOCK A.M.
RAMONA WILSON
CLERK & RECORDER
CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

MAY 12 2009

I CERTIFY THIS INSTRUMENT WAS FILED
FOR RECORD IN MY OFFICE AND
RECORDED IN _____ BOOK 272
PAGE 767-768
_____ CIRCUIT CLERK
_____ D.C.

---

THIS FORM PREPARED BY AND COMPLETED FORM APPROVED BY:
Dyke, Henry, Goldsholl, Winzerling, PLC
555 PLAZA WEST
415 N. MCKINLEY
LITTLE ROCK, AR 72205
TS No.: 09-0052090
TSG No.: 2009048529

DHG&W No. _____

Grantor: RECONTRUST COMPANY, N.A.
Grantee: ALAN L BRESLOW, AND LINDA L SHAFFER, HUSBAND AND WIFE AS JOINT TENANTS
(or as otherwise noted by the recorder)

## MORTGAGEE'S NOTICE OF DEFAULT AND INTENTION TO SELL

**YOU MAY LOSE YOUR PROPERTY IF YOU DO NOT TAKE IMMEDIATE ACTION**

IF THIS PROPERTY IS SOLD YOU WILL REMAIN LIABLE FOR
ANY DEFICIENCY THAT THEN EXISTS AND AN ACTION
TO COLLECT IT MAY BE BROUGHT AGAINST YOU

THIS IS AN ATTEMPT TO COLLECT A DEBT
**AND ANY INFORMATION OBTAINED WILL BE USED FOR SUCH PURPOSE**

NOTICE IS HEREBY GIVEN that on **July 14, 2009** at or about 2:00 PM, the subject real property described herein below will be sold at the front entrance door of the Carroll - Eureka Springs District (Western) County Courthouse, 44 South Main Street, Eureka Springs, AR 72632, to the highest bidder for cash. The sale may extinguish all interests, including those of existing junior lien holders or previous owners in the property. THE TERMS OF SALE ARE CASH THE DAY OF SALE AND ALL TRANSFER TAXES WILL BE THE RESPONSIBILITY OF THE PURCHASER.

WHEREAS, the property secured under the Mortgage is located in Carroll County, more particularly described as follows:

LOT 10, THUNDER RIDGE ESTATES, CARROLL COUNTY, ARKANSAS, AS PLATTED OF RECORD IN PLAT CABINET "B", SLIDE 355, IN THE OFFICE OF THE CIRCUIT CLERK AND EX-OFFICIO RECORDER IN AND FOR THE WESTERN DISTRICT OF CARROLL COUNTY, ARKANSAS

Street Address: 67 CLOUD DR, EUREKA SPRINGS, AR 72632-9474

272-768

WHEREAS on February 20, 2008, ALAN L BRESLOW, AND LINDA L SHAFFER, HUSBAND AND WIFE AS JOINT TENANTS, executed, a Mortgage in favor of COUNTRYWIDE BANK, FSB which recorded on March 3, 2008, in Book 259, at Page 270 in the real estate records of Carroll County, Arkansas; said Mortgage was duly assigned to and is now held by BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.; and

WHEREAS, there may be tenants that claim an interest in the real property described herein based upon a tenancy; and

WHEREAS, the undersigned is the attorney-in-fact for the mortgagee and is acting on and with the consent and authority of the mortgagee who is exercising its power of sale under Ark. Code Ann. Section 18-50-115 which implies a power of sale in every mortgage of real property situated in the State of Arkansas that is duly acknowledged and recorded, and default has occurred in the payment of the indebtedness, and the same is now therefore wholly due; and the owner and holder of the debt has requested the undersigned to sell the property to satisfy said indebtedness.

WITNESS my hand this 8th day of May, 2009.      By: RECONTRUST COMPANY, N.A., Attorney-in-fact
for BAC HOME LOANS SERVICING, L.P. F/K/A
COUNTRYWIDE HOME LOANS SERVICING, L.P.

_[signature]_
Leonard Valsin      Assistant Secretary

STATE OF __Texas__
COUNTY OF __Dallas__          ACKNOWLEDGEMENT

BEFORE ME, the undersigned authority, on this day personally appeared ____Leonard Valsin____ known to me to be the person whose name is subscribed to the foregoing instrument as and who acknowledged himself/herself to be the ____Assistant Secretary____ of RECONTRUST COMPANY, N.A., Attorney-in-fact for BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P., a party thereto and acknowledged to me that he/she executed the same as said ____Assistant Secretary____, being authorized so to do business in the State of Arkansas, executed the foregoing instrument for the purposes therein contained and consideration therein expresses, and in the capacity therein stated, by signing the name of the corporation by himself/herself as ____Assistant Secretary____.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this __11__ day of __May__, __09__.

_[signature]_
Notary Public's Signature

KARLA CUESTA
My Commission Expires
May 7, 2012

Page 2 of 2                                              ARNODI (12/08)